**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **WOBBLEWORKS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 2:17-cv-782 (JRG) |
| | ) |
| **3D SYNERGY TECHNOLOGIES, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## **JOINT MOTION TO DISMISS PURSUANT TO CONSENT ORDER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the jointly negotiated Consent Order submitted contemporaneously herewith, Plaintiff WobbleWorks, Inc. ("WobbleWorks") and Defendant 3D Synergy Technologies, Inc. ("Defendant") have agreed to dismiss without prejudice the claims stated in WobbleWorks' Complaint. As part of the agreement to dismiss the action without prejudice, the parties, through their respective representatives, make certain binding representations to the Court as memorialized in the Consent Order accompanying this Motion that the parties move the Court to enter as the Order dismissing this action without prejudice.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney fees and expenses) shall be borne solely by the party incurring same.

The parties further move that the Court retain jurisdiction over this matter with respect to any disputes regarding the agreement between the parties settling this matter.

A proposed Consent Order accompanies this motion.

Dated: May 29, 2018

<div style="display: flex;">

<div>

*/s/ Natalie A. Bennett*
Christopher D. Bright
cbright@mwe.com
Nathan S. Smith
McDermott Will & Emery LLP
4 Park Plaza, Suite 1700
Irvine, California  92614
(949) 851-0633

Natalie A. Bennett
nbennett@mwe.com
McDermott Will & Emery LLP
500 North Capitol Street, N.W.
Washington, D.C. 20001
(202) 756-8000

*Attorneys for Plaintiff WobbleWorks, Inc.*

</div>

<div>

*/s/ Bailey K. Benedict*
Bailey K. Benedict
Fish & Richardson, PC
1221 McKinney St., Suite 2800
Houston, TX 77010
benedict@fr.com
(713) 654-5300

*Attorney for Defendant 3D Synergy Technologies, Inc.*

</div>

</div>

## **CERTIFICATE OF SERVICE**

      The undersigned certifies all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 29th day of May 29, 2018.

                                                */s/ Natalie A. Bennett*
                                                Natalie A. Bennett